# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Report

No. 65  SSM 7
The People &c.,
        Appellant,
    v.
James Ball,
        Respondent.

Submitted by Kenneth H. Tyler, Jr., for appellant.
Submitted by John A. Cirando, for respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, for reasons stated in the memorandum at the Appellate Division (see People v Ball, 175 AD3d 987 [4th Dept 2019]).  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided June 9, 2020